**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Julie A. Roberts v. Nexus Health Systems, Inc.

Appellate case number:    01-19-00175-CV

Trial court case number:  2016-84120

Trial court:              334th District Court of Harris County

The Court's order of August 22, 2019 is withdrawn.

Based on appellant's statement of inability to afford court costs on appeal, the Court holds that appellant is not required to pay the filing fee in this case. The Clerk of the Court will note that appellant is not responsible for the appellate court filing fee.

It is so ORDERED.

Judge's signature: ____/s/ Richard Hightower____
            ☑ Acting individually    ☐ Acting for the Court

Date:   __August 29, 2019____